IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHAEL DARNELL OLIVER,    )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )       2:24cv298-MHT
                           )           (WO)
CAM WARD, et al.,          )
                           )
     Defendants.           )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 6) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(3) Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied.

(4) This case is dismissed without prejudice for plaintiff's failure to pay the filing and administrative fees upon his initiation of the case.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of June, 2024.**

                                      /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**