IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DARNELL OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv298-MHT |
| | ) | (WO) |
| CAM WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff's "motion to traverse" (Doc. 12), which the court construes as a motion to vacate the judgment pursuant to Federal Rule of Civil Procedure 60, is denied because plaintiff has failed to show entitlement to relief under the Rule.

DONE, this the 31st day of July, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**